United States District Court
Northern District of California

UNITED STATES OF AMERICA,

Plaintiff,

v.

JASON ALBERT,

Defendant.

Case No.: CR 05-00487-DLJ (KAW)

ORDER OF DETENTION PENDING SUPERVISED RELEASE VIOLATION HEARING

On December 8, 2006, Defendant Jason Albert was convicted of one violation of 18 U.S.C. § 922(g)(1) (felon in possession of a firearm). He was sentenced to 43 months in custody and three years of supervised release.

Defendant has four prior Forms 12, which have resulted in the modification of the terms of supervised release and an additional term of supervised release. The Amended Form 12 presently before the Court amends the October 25, 2012 Petition by adding Charge Number Five, which alleges that Defendant violated the condition of his supervised release that he not commit another federal, state or local crime.

At the September 120, 2013 hearing before this Court, Defendant, who was in custody and represented by Assistant Federal Public Defender Jerome Matthews, waived his right to proffer information at a detention hearing, while retaining his right to seek release at a later hearing should his circumstances change. Special Assistant United States Attorney Manish Kumar appeared on behalf of the United States. Probation officer Alexandre Bonneville was also present.

The Court hereby detains Defendant, but because he has waived his right to present information under 18 U.S.C. § 3143(a)(1) without prejudice to raising relevant information at a

1

later hearing, the Court orders that the hearing may be reopened at Defendant's request at any future time.

Defendant shall remain committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

Dated: September 23, 2013

KANDIS A. WESTMORE
United States Magistrate Judge